1 Grant P. Fondo (SBN 181530)
  *gfondo@goodwinlaw.com*
2 **GOODWIN PROCTER LLP**
3 135 Commonwealth Drive
  Menlo Park, California 94025
4 Tel.: (650) 752-3100
  Fax: (650) 853-1038
5
6 Derek A. Cohen (*Pro Hac Vice*)
  *dcohen@goodwinlaw.com*
7 Rushank R. Shah (*Pro Hac Vice*)
  *rshah@goodwinlaw.com*
8 Sylvia R. Ewald (SBN 300267)
  *sewald@goodwinlaw.com*
9 **GOODWIN PROCTER LLP**
10 The New York Times Building
   620 Eighth Avenue
11 New York, New York 10018
   Tel.: (212) 813-8800
12 Fax: (212) 355-3333
13
   *Attorneys for Ashish Aggarwal*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHISH AGGARWAL,<br><br>　　　　Defendant. | Case No. 2:15-cr-00465-TJH<br><br>**ORDER GRANTING DEFENDANT ASHISH AGGARWAL'S MOTION TO DISMISS COUNTS THIRTEEN, FOURTEEN, TWENTY-SIX, AND TWENTY-SEVEN OF THE FIRST SUPERSEDING INDICTMENT ON DOUBLE JEOPARDY GROUNDS [404]**<br><br>Date:　　　April 17, 2017<br>Time:　　　10:00 a.m.<br>Courtroom　9B<br>Judge:　　　Hon. Terry J. Hatter, Jr.<br><br>Concurrently Filed/Lodged With:<br>　1. Notice of Motion and Motion;<br>　2. Memorandum of Points and Authorities; and<br>　3. Declaration of Grant P. Fondo, Esq. |

## NOTE: CHANGES MADE BY THE COURT

Having considered Defendant Ashish Aggarwal's Motion to Dismiss Counts Thirteen, Fourteen, Twenty-Six, and Twenty-Seven of the First Superseding Indictment on Double Jeopardy Grounds, it is hereby ordered that Mr. Aggarwal's Motion is GRANTED.

IT IS FURTHER ORDERED that the remaining four counts of the First Superseding Indictment be dismissed with prejudice as well as any remaining counts in the underlying Indictment are dismissed.

IT IS SO ORDERED.

Dated: April 27, 2017    By: _____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING DEFENDANT ASHISH AGGARWAL'S MOTION TO DISMISS COUNTS THIRTEEN, FOURTEEN, TWENTY-SIX, AND TWENTY-SEVEN OF THE FIRST SUPERSEDING INDICTMENT ON DOUBLE JEOPARDY GROUNDS    CASE NO. 2:15-CR-00465-TJH